# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| Renwick S. Behrens, ) | | |
| ) | | |
| Plaintiff, ) | | Civil Action No.: 2:05-9-CWH |
| ) | | |
| vs. ) | | |
| ) | | |
| George Saldana, *et al*, ) | | **ORDER** |
| ) | | |
| Defendants. ) | | |
| _____ ) | | |

On January 3, 2005, the plaintiff filed this pro se action alleging job discrimination based on race. On March 16, 2005, Magistrate Judge George C. Kosko issued a scheduling order setting a scheduling conference for March 22, 2005 and advising the parties that failure to comply with the order would result in sanctions up to and including dismissal of the action.

On April 7, 2005, the defendants filed a motion to dismiss for failure to prosecute because the plaintiff had failed to serve his initial disclosures on the defendants. On April 11, 2005, the Court scheduled a hearing on the motion for April 15, 2005. The plaintiff failed to appear and the hearing was rescheduled for May 11, 2005. Notice of the hearing was sent to the plaintiff by certified mail, return receipt, and was signed for by R. Behrens on April 26, 2005. On May 11, 2005, the plaintiff failed to appear for the scheduled hearing.

On May 11, 2005, Magistrate Judge Kosko issued a report recommending that this Court dismiss the action pursuant to Rule 41(b) for failure to prosecute. Attached to the report and recommendation was a "Notice of Right to File Objections." Pursuant to that Notice, the parties herein were provided ten days during which to file written objections to the report and

-1-

recommendation.  See 28 U.S.C. § 636(b)(1)(C).  To date, no objections have been filed.

Accordingly, the Court adopts the report and recommendation.  The Court therefore dismisses this action pursuant to Rule 41(b).

**AND IT IS SO ORDERED.**

_____
**C. WESTON HOUCK**
**UNITED STATES DISTRICT JUDGE**

July 19, 2005
Charleston, South Carolina